UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20800-CR-MORENO

UNITED STATES OF AMERICA,
         **Plaintiff,**

vs.

DAQUILA HUNTER,

         **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The matter was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Petition seeking modification of the conditions of supervised release **[D.E. #27]**. The Magistrate Judge filed a Report and Recommendation **[D.E. #38]** and the Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis' Report and Recommendation is **AFFIRMED** and **ADOPTED.**

DONE and ORDERED in Miami-Dade County, Florida this 20 day of May 2020.

_____
**FEDERICO A. MORENO**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge Lauren Louis
All counsel of record
USPO Cheryl Allen